UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES L., | ) | |
|     Plaintiff, | ) | |
| | ) | No. 22 CV 50213 |
| v. | ) | Judge Iain D. Johnston |
| | ) | |
| MARTIN O'MALLEY, | ) | |
|     Defendant. | ) | |

**ORDER**

    Before the Court is a Report and Recommendation from Magistrate Judge Laura McNally to deny plaintiff James L.'s motion for summary judgment and to grant Commissioner of Social Security Martin O'Malley's. Judge McNally gave the parties fourteen days to object, but that deadline passed on December 10, 2024, with no objections filed.

    The Court has carefully reviewed Judge McNally's Report and Recommendation and agrees with the reasoning behind her conclusion that substantial evidence supported the ALJ's conclusion that James L.'s work as a carpenter in February through April of 2019 was not an unsuccessful work attempt, that the ALJ did not improperly weigh opinion evidence, and that the ALJ did not cherry-pick the evidence.

    Under Federal Rule of Civil Procedure 72(b)(3), a "district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." In the absence of any objection, James L. has raised no issue for this Court to review. In any event, as noted above, after careful review the Court agrees with Judge McNally's Report and Recommendation. Accordingly, it accepts the Report and Recommendation [29], denies James L.'s motion for summary judgment, and grants Martin O'Malley's motion to affirm.

    Civil case terminated.

Date: January 10, 2025      By: _____
                                                          Iain D. Johnston
                                                          United States District Judge